AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Charter Communications Entertainment I, LLC d/b/a
Charter Communications

**SUMMONS IN A CIVIL CASE**

V.

Jean Banks

CASE NUMBER:

04-40082 NMG

TO: (Name and address of defendant)

Jean Banks
23 Main Street
South Grafton, MA 01560

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esquire
Murtha Cullina LLP
20th Floor
99 High Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                     5-19-04
CLERK                                DATE

_Sherry Jones_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

05/27/2004

I hereby certify and return that on 05/26/2004 at 12:55pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of JEAN BANKS at 23 MAIN ST, SOUTH GRAFTON, MA and by mailing first class mail to the above address on 05/27/2004. Fees: Service 20.00, Travel 16.00, Conveyance 3.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $52.00

Deputy Sheriff Ronald E Richard

*Ronald E Richard*
**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                    Signature of Server

                                     _____
                                     Address of Server

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.