cathy Hossette, (clerk of court) FILED

IN CLERKS OFFICE
2004 JUN 8 P 12: 04
U.S. DISTRICT COURT
DISTRICT OF MASS.

3 Years ago I saw and at
an electric book it said
get all the cable channels of the
ad said nothing about buying a
another to us when I recived
it in the mail and opend
the package and read the invoice
and realized it had to be
connected to cable I knew I could
not pay the monthy bill along with
the present one. I than called the
company I ask if I could return
that said it had to be the orignd
box which was thrown cout
I n did not hook up the box
I throw it in the dump.

presenty im on low in come and getting
a fuel adjustmen (S.M.O.C) and a percenty
of my electic bill. my percripton are
110.00 plues every month and my health
insurance it 240. every 3 months
my income from S.S.I is 516.06 a moth
my health is not the best and be aue
of my age 70 I can not get a part time job
I am very sorry this had
happend

Yours Sincerely
Jean Babb
23 Main St    So, Graf MA 01561

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————————— DISTRICT OF ————————————

Charter Communications Entertainment I, LLC d/b/a
Charter Communications

**SUMMONS IN A CIVIL CASE**

**V.**

Jean Banks

CASE NUMBER:

## 04-40082 ~~NMG~~

TO: (Name and address of defendant)

Jean Banks
23 Main Street
South Grafton, MA 01560

A TRUE COPY ATTEST

*Ronald E. Richard*
DEPUTY SHERIFF

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)