UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS<br><br>Plaintiff,<br><br>v.<br><br>JEAN BANKS,<br><br>Defendant. | CASE ACTION<br>NO. 04-CV-40082 |

## CERTIFICATION UNDER LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), Plaintiff and its counsel hereby certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

_____
Kevin Mailloux
Group Operations Manager
BBO#642688
95 Higgins Street
Worcester, MA 01606
(508) 853-1515

COUNSEL -
CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

_____
Burt B. Cohen, BBO# 656190
Christopher L. Brown,

Murtha Cullina LLP
99 High Street – 20th Floor
Boston, MA 02110-2320
(617) 457-4003

Its Attorneys

Dated: ___10.8___, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certification was mailed first-class, postage prepaid, on this 15 day of October, 2004 to:

Jean Banks
23 Main Street
South Grafton, MA 01560

_____
Christopher L. Brown