**Case Name: Charter Communications Entertainment I, LLC v. Banks**

**Case Number: 4:04-cv-40082**

Jean Banks
23 Main Street
South Grafton, MA 01560

March 10, 05

To Clerk of Courts

I was ask by atty Chris Brown to tell you I am going in to the hospital for Vascular Surgery on my leg. approx 2 months later the other leg has to be done. If you need any verifying records I'll be glad to submit them

Thank you
Jean Banks
23 Main St
So. Grafton MA 01560