UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Charter Communications,
    Plaintiff(s),

    V.

CIVIL ACTION

NO. 04-40082-FDS

Banks,
    Defendant(s),

SETTLEMENT ORDER OF DISMISSAL

Saylor, D. J.

    The Court having been advised on    June 28, 2005    that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

    June 30, 2005
    Date

/s/ Martin Castles
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Charter Communications,</u>
       Plaintiff(s),

              V.

CIVIL ACTION

NO. <u>04-40082-FDS</u>

<u>Banks,</u>
       Defendant(s),

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

   The Court having been advised on   <u>  June 28, 2005                 </u>

that the above-entitled action has been settled;

   IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                                          By the Court,

  <u>  June 30,  2005   </u>                         <u>/s/ Martin Castles        </u>
       Date                                                    Deputy Clerk